## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **BYRON BLUNT** | : | **CIVIL ACTION NO. 21-cv-00180** |
| **VERSUS** | : | **JUDGE TERRY A. DOUGHTY** |
| **SANJAT MA'AT** | : | **MAG. JUDGE KATHLEEN KAY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 7] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Petition for Writ of Habeas Corpus [Doc. No. 4] is **DISMISSED WITHOUT PREJUDICE** in accordance with the provisions of FRCP Rule 41(b).

**MONROE, LOUISIANA** this 21st day of September 2021.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT COURT**